UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SUNO, INC., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | NO. 3:26-mc-00021 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| MECHANICAL LICENSING COLLECTIVE, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Pursuant to Administrative Order No. 176, the Clerk of the Court is **DIRECTED** to reassign the above-captioned matter to Chief Judge Campbell, as it is related to an earlier-filed case (Case No. 3:26-mc-00020) assigned to him.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE