IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUNO, INC.,<br><br>Movant,<br><br>v.<br><br>MECHANICAL LICENSING COLLECTIVE,<br><br>Respondent. | Case No. 3:26-mc-00021<br><br>Chief Judge William L. Campbell, Jr. |

**JOINT MOTION FOR A BRIEFING SCHEDULE ON**
**MOVANT'S MOTION TO ENFORCE COMPLIANCE WITH SUBPOENA**

Movant Suno, Inc. and Respondent Mechanical Licensing Collective submit this joint motion respectfully requesting the Court[1] to enter the below briefing schedule on Movant's pending Motion to Enforce Compliance with Subpoena, docketed October 15, 2026 (Doc. 1):

| **Activity** | **Proposed Deadline** |
|---|---|
| Respondent's Response to the Motion to Enforce Compliance with Subpoena | November 2, 2026 |
| Movant's Reply in Further Support of the Motion to Enforce Compliance with Subpoena | November 16, 2026 |

[1] This matter was reassigned to Chief Judge William L. Campbell, Jr. as a related case by Order entered October 22, 2026. (Doc. 14.)

Respectfully submitted,

*/s/ Emily H. Mack (w/permission EGonser)*
Emily H. Mack (TN Bar #31217)
BURR & FORMAN LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3290

*Attorney for Movant Suno, Inc.*

*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser (TN Bar No. 26329)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37206
Telephone: (615) 320-3700
Facsimile: (615) 320-3737

*Attorney for Respondent*
*Mechanical Licensing Collective*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which sent notice of such filing to the parties' counsel of record.

This 26th day of October, 2026.

*/s/ Elizabeth O. Gonser*
Elizabeth O. Gonser